UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

**ERICA TUCHSCHERER**
8265 East Stage Road
New London, WI 54961

       Plaintiff,

v.                                                                                        Case No. 25-CV-1688

**PRIMITIVE GATHERINGS LLC**
8567 South Loop Road
Larsen, WI 54947

       Defendant.

---

## COMPLAINT

---

### PRELIMINARY STATEMENT

1. Plaintiff, Erica Tuchscherer, brings this action against Defendant, Primitive Gatherings LLC, to recover unpaid overtime wages, liquidated damages, civil penalties, and attorneys' fees and costs under the Fair Labor Standards Act ("FLSA") and Wisconsin law. At times in the three years preceding this complaint and through the present, Plaintiff has worked in the kitchen at a retreat center and quilt shop owned and operated by Defendant. In that role, she has regularly worked more than 40 hours in a workweek. However, Defendant failed to pay her at one and one-half times her regular rate of pay for all hours worked in excess of 40 hours in a workweek. As a result, Defendant failed to pay Plaintiff overtime compensation in violation of the FLSA and Wisconsin law.

## PARTIES

2. Plaintiff is an adult resident of New London, Wisconsin.

3. Defendant is a limited liability corporation organized under the laws of Wisconsin.

4. Defendant's registered agent is Lisa A. Bongean at 8567 South Loop Road, Larsen, Wisconsin 54947.

## JURISDICTION AND VENUE

5. The Court has original jurisdiction over Plaintiff's FLSA claims under 28 U.S.C. § 1331.

6. The Court has supplemental jurisdiction over Plaintiff's Wisconsin law claims under 28 U.S.C. § 1367 because those claims are so related to Plaintiff's FLSA claims that they form a part of the same case or controversy.

7. Venue is proper in the United States District Court for the Eastern District of Wisconsin under 28 U.S.C. § 1391(b)(1) because Defendant resides in this district and under 28 U.S.C. § 1391(b)(2) because a substantial part of the events and omissions giving rise to these claims occurred in this district.

## FACTUAL ALLEGATIONS

8. Defendant owns and operates a retreat center and quilt shop in Larsen, Wisconsin.

9. On information and belief, in each of the three years preceding the filing of this action, Defendant's gross annual business was $500,000 or more.

10. Defendant has employed Plaintiff in the kitchen of its retreat center and quilt shop at times in the three years preceding the filing of this action and through the present.

11. As an employee of Defendant, Plaintiff prepares and cooks food.

12. Plaintiff regularly works more than 40 hours in a workweek.

13. Defendant does not pay Plaintiff at a rate of one and one-half times her regular rate of pay for all hours worked in excess of 40 hours in a workweek.

14. Defendant pays Plaintiff a salary.

15. As an illustrative example of Defendant's pay practices alleged herein, for the workweek of September 8, 2025, to September 14, 2025, Plaintiff worked 50.5 hours, but Defendant only paid Plaintiff her salary for the 50.5 hours. Defendant did not pay Plaintiff at a rate of one and one-half times her regular rate of pay for all hours worked in excess of 40 hours in that workweek.

16. Defendant has classified Plaintiff as exempt from the overtime requirements of the FLSA.

17. Plaintiff is not exempt from the overtime requirements of the FLSA.

18. Defendant has classified Plaintiff as exempt from the overtime requirements of Wisconsin law.

19. Plaintiff is not exempt from the overtime requirements of Wisconsin law.

20. Defendant has thus failed to pay Plaintiff overtime wages in violation of the FLSA and Wisconsin law.

## FIRST CLAIM FOR RELIEF:
## FAILURE TO PAY OVERTIME WAGES IN VIOLATION OF THE FLSA

21. Plaintiff alleges and incorporates by reference the allegations in the preceding paragraphs.

22. Defendant is an employer within the meaning of 29 U.S.C. § 203(d).

23. Defendant is an enterprise engaged in commerce within the meaning of 29 U.S.C. § 203(s).

24. Plaintiff is Defendant's employee within the meaning of 29 U.S.C. § 203(e).

25. As alleged above, at times during the three years preceding the filing of this action and through the present, Defendant has failed to pay Plaintiff at a rate of one and one-half times her regular rate of pay for all hours worked in excess of 40 hours in a workweek in violation of the FLSA.

26. Defendant knew that, or showed reckless disregard for whether, its conduct violated the FLSA.

## SECOND CLAIM FOR RELIEF:
## FAILURE TO PAY OVERTIME WAGES IN VIOLATION OF WISCONSIN LAW

27. Plaintiff alleges and incorporates by reference the allegations in the preceding paragraphs.

28. Defendant is an employer within the meaning of Wis. Stat. § 103.01(1), Wis. Stat. § 109.01(2), and Wis. Admin. Code § DWD 274.03.

29. Plaintiff is Defendant's employee within the meaning of Wis. Stat. § 103.001(5), Wis. Stat. § 109.01(1r), and Wis. Admin. Code § DWD 274.03.

30. As alleged above, at times during the two years preceding the filing of this action and through the present, Defendant has failed to pay Plaintiff at a rate of one and one-half times her regular rate of pay for all hours worked in excess of 40 hours in a workweek in violation of Wisconsin law.

31. Defendant's violations of Wisconsin law were for dilatory and/or unjust reasons.

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

A. Judgment against Defendant in the amount of Plaintiff's unpaid overtime wages, liquidated damages, and civil penalties under the FLSA and Wisconsin law;

B. An order declaring that Defendant violated the FLSA and Wisconsin law;

C. An award of all costs and attorneys' fees incurred in the prosecution of this action pursuant to the FLSA and Wisconsin law; and

D. Any further relief that the Court deems just and equitable.

Respectfully submitted this 31st day of October, 2025.

                        Attorneys for the Plaintiff

                        By: *s/ David C. Zoeller*
                        **HAWKS QUINDEL, S.C.**
                        David C. Zoeller, State Bar No. 1052017
                        Email: dzoeller@hq-law.com
                        Connor J. Clegg, State Bar No. 1118534
                        Email: cclegg@hq-law.com
                        Post Office Box 2155
                        Madison, Wisconsin 53701-2155
                        Telephone: (608) 257-0040
                        Facsimile: (608) 256-0236